UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                    Chapter 11 Case

CC, LLC,                                                  Case No.: 8:12-bk-03886-MGW

     Debtor.

_____/


LEN YIP, MARIA BARBA and ENRIQUE
BARBA,

     Plaintiffs

                                   Adversary Case No.:

vs.

SELECT PORTFOLIO SERVICING, INC, and
JPMORGAN CHASE BANK, N.A.,

     Defendants.

---------------------------------------------------------/


## COMPLAINT FOR TURNOVER OF PROPERTY
## AS TO SELECT PORTFOLIO SERVICING, INC.

    **PLAINTIFF**, LEN YIP by and through his undersigned counsel files this

Complaint for Turnover of Property against the Defendant, SELECT PORTFOLIO

SERVICING, INC., and in support alleges as follows:

1.    This is an adversary proceeding for turnover of property.

2.    This is a core proceeding over which this court has jurisdiction under Title

28 U.S.C. §157(b)(2)(I).

3.      Venue is proper pursuant to 28 U.S.C. §1409.

4.      Pursuant to F.R.B.P. 7008 (a), this Court has jurisdiction of this adversary proceeding

pursuant to 28 U.S.C. Section 1334(a) and 28 U.S.C. Section 157 (a) and (b) and 28 U.S.C.

Sections 1334(b), in that this adversary proceeding is a proceeding arising under Title 11

or is a proceeding arising in or related to the Chapter 11 case of *In re CC, LLC,* **Chapter**

**11 Case No. 12-3886,** which is a case under Title 11 filed on March 16, 2012 and which is

now pending in the Tampa Division of the United States Bankruptcy Court for the Middle

District of Florida, wherein the Plaintiff is a Chapter 11 creditor.

## BACKGROUND

5.      Len Yip owned Unit 1406 in Black Lake Condominium.

6.      Yip purchased the unit in December of 2007 for $157,900.00 giving JP Morgan

Chase Bank a first mortgage in the amount of 152,900.00.  The mortgage was subsequently

assigned to Select Portfolio Servicing, Inc.

7.      The condominium was terminated on or about March 30, 2017.  See Exhibit "A"

8.      Upon termination of the condominium, title to the property vested in the Termination

Trustee. Fla. Stat. § 718.117(14).

9.      Upon termination of the condominium, the unit owners become beneficiaries of the

proceeds realized from the plan of termination. Fla. Stat. § 718.117(14).

10.     The lienor becomes entitled to the unit owner's share of the sales proceeds from the

plan of termination.

11.    Termination of the condominium and the rights, duties, and obligations of the former unit owners and mortgagees are governed by Florida statute section 718.117.

12.    The former unit owners and mortgagees are bound by the Plan of Termination.

13.    Defendant did not object to the Plan of Termination pursuant to Florida Statute section 718.117(5).

14.    Defendant did not object to the Plan of Termination pursuant to Florida Statute section 718.117(16).

15.    Because Defendant did not object to the Plan of Termination, at the time of the sale of the trust property, the lien shall be transferred to the proportionate share of the proceeds assigned to the condominium parcel in the plan of termination. Fla. Stat. §718. 117(5).

16.    ". . . A lienor who does not contest the plan within the 90-day period is barred from asserting or prosecuting a claim against any unit owner . . ." Fla. Stat. §718.117(16).

17.    "Following termination of the condominium, the condominium property, . . .shall be held by the termination trustee pursuant to the plan of termination, as trustee for unit owners and holders of liens on the units, . . ." Fla. Stat. §718.117(17).

**COUNT I**
**TURNOVER OF PROPERTY**

18.    Plaintiff reincorporates by reference paragraphs 1 through 17 as if set forth fully herein.

19.    All conditions precedent to the bringing of this proceeding and actions have been performed by the Plaintiff or have been fulfilled, or have occurred or been waived or

sufficient legal cause exists which excuses the performance of said conditions precedent or the attempt to perform same would have been futile and unavailing or the making of a demand regarding same would be a mere useless ceremony which would not be complied with.

20.    Upon termination of the condominium, Defendant's interest in the property was held by the termination trustee, in trust, pursuant to the plan of termination.  See Fla. Stat. §718.117(17).

21.    Upon termination of the condominium, Select Portfolio's rights to collect funds owed to it was governed by the Plan of Termination and Florida Statute section 718.117(3)(c)(4).

22.    Both Len Yip and Select Portfolio's rights, interests, and obligations became subordinate to the Plan of Termination and confirmed Chapter 11 Plan.

23.    After termination of the condominium, Select Portfolio was not entitled to any direct payment from Len Yip.

24.    Upon termination of the condominium, Select Portfolio's rights were converted to an interest in a trust. Fla. Stat. §718.117(17).

25.    Len Yip paid and Select Portfolio accepted payments after the condominium was terminated.

26.    Upon termination of the condominium, the privity ended between Len Yip and Select Portfolio.

27.    These funds improperly collected and retained must be returned to Len Yip.

28.    Len Yip continued to pay Select Portfolio from April 2017 through April 2020.

29.    Len Yip made 35 monthly payments since the date of termination averaging approximately $864.00 per month.  See Exhibit "B".

30.    During this period Len Yip made a total of $33,306.60 to Select Portfolio.

WHEREFORE Len Yip respectfully request that this Court enter a final judgment in Plaintiff's favor directing:

A.) Select Portfolio Servicing, Inc., to forthwith turnover the sum of $33,306.60 to Len Yip that represents funds collected from Len Yip from the date of termination of the condominium, March 30, 2017 up until April 30, 2020.

B.) Order Defendant to make an accounting as to said property.

C.) Enter a judgment against Defendant in favor of the Plaintiff for the value of the property;

D.) Award Plaintiff interest, costs, expenses and attorneys fees;

E.) Award Plaintiff such other and further and supplemental relief as this Court deems just, equitable and proper.

F.) IT IS FURTHER REQUESTED, that this Court order Select Portfolio Servicing, Inc., to correct and remove the derogatory reports made to Len Yip's credit profile with all credit reporting agencies within ten [10] days of the Final Judgment.

## COMPLAINT FOR TURNOVER OF PROPERTY AS TO JPMORGAN CHASE BANK, N.A.

**PLAINTIFFS**, MARIA and ENRIQUE BARBA [hereinafter referred to as "Plaintiffs"] by and through their undersigned counsel files this Complaint for Turnover of Property against the Defendant, JPMORGAN CHASE BANK, N.A., and in support alleges as follows:

1.    This is an adversary proceeding for turnover of property.

2.    This is a core proceeding over which this court has jurisdiction under Title

28 U.S.C. §157(b)(2)(I).

3.      Venue is proper pursuant to 28 U.S.C. §1409.

4.      Pursuant to F.R.B.P. 7008 (a), this Court has jurisdiction of this adversary proceeding pursuant to 28 U.S.C. Section 1334(a) and 28 U.S.C. Section 157 (a) and (b) and 28 U.S.C. Sections 1334(b), in that this adversary proceeding is a proceeding arising under Title 11 or is a proceeding arising in or related to the Chapter 11 case of *In re CC, LLC,* **Chapter 11 Case No. 12-3886,** which is a case under Title 11 filed on March 16, 2012 and which is now pending in the Tampa Division of the United States Bankruptcy Court for the Middle District of Florida, wherein the Plaintiff is a Chapter 11 creditor.

## BACKGROUND

5.      Plaintiff owned Unit 2306 in Black Lake Condominium.

6.      Plaintiff purchased the unit giving JP Morgan Chase Bank a first mortgage encumbering the subject property.

7.      The condominium was terminated on or about March 30, 2017.  See Exhibit "A"

8.      Upon termination of the condominium, title to the property vested in the Termination Trustee. Fla. Stat. § 718.117(14).

9.      Upon termination of the condominium, the unit owners become beneficiaries of the proceeds realized from the plan of termination. Fla. Stat. § 718.117(14).

10.     The lienor becomes entitled to the unit owner's share of the sales proceeds from the plan of termination.

11. Termination of the condominium and the rights, duties, and obligations of the former unit owners and mortgagees are governed by Florida statute section 718.117.

12. The former unit owners and mortgagees are bound by the Plan of Termination.

13. Defendant did not object to the Plan of Termination pursuant to Florida Statute section 718.117(5).

14. Defendant did not object to the Plan of Termination pursuant to Florida Statute section 718.117(16).

15. Because Defendant did not object to the Plan of Termination, at the time of the sale of the trust property, the lien shall be transferred to the proportionate share of the proceeds assigned to the condominium parcel in the plan of termination. Fla. Stat. §718. 117(5).

16. ". . . A lienor who does not contest the plan within the 90-day period is barred from asserting or prosecuting a claim against any unit owner . . ." Fla. Stat. §718.117(16).

17. "Following termination of the condominium, the condominium property, . . .shall be held by the termination trustee pursuant to the plan of termination, as trustee for unit owners and holders of liens on the units, . . ." Fla. Stat. §718.117(17).

## COUNT I
## TURNOVER OF PROPERTY

18. Plaintiffs reincorporates by reference paragraphs 1 through 17 as if set forth fully herein.

19. All conditions precedent to the bringing of this proceeding and actions have been performed by the Plaintiffs or have been fulfilled, or have occurred or been waived or

sufficient legal cause exists which excuses the performance of said conditions precedent or the attempt to perform same would have been futile and unavailing or the making of a demand regarding same would be a mere useless ceremony which would not be complied with.

20.    Upon termination of the condominium, Defendant's interest in the property was held by the termination trustee, in trust, pursuant to the plan of termination.  See Fla. Stat. §718.117(17).

21.    Upon termination of the condominium, JPMorgan Chase Bank's rights to collect funds owed to it was governed by the Plan of Termination and Florida Statute section 718.117(3)(c)(4).

22.    Both Plaintiffs and JPMorgan Chase Bank's rights, interests, and obligations became subordinate to the Plan of Termination and confirmed Chapter 11 Plan.

23.    After termination of the condominium, JPMorgan Chase Bank was not entitled to any direct payment from Plaintiffs.

24.    Upon termination of the condominium, JPMorgan Chase Bank's rights were converted to an interest in a trust. Fla. Stat. §718.117(17).

25.    Plaintiffs paid and JPMorgan Chase Bank accepted payments after the condominium was terminated.

26.    Upon termination of the condominium, the privity ended between Plaintiffs and JPMorgan Chase Bank.

27.    These funds improperly collected and retained must be returned to Plaintiffs.

28.    Plaintiffs continued to pay JPMorgan Chase Bank from April 2017 through July 2020.

29.    Plaintiffs made 38 monthly payments since the date of termination.  See Exhibit "C".

30.    During this period Plaintiffs made a total of $32,734.08 to JPMorgan Chase Bank.

WHEREFORE Plaintiffs respectfully request that this Court enter a final judgment in Plaintiff's favor directing:

A.) JPMorgan Chase Bank to forthwith turnover the sum of $32,734.08 to Plaintiffs that represents funds collected from Plaintiffs from the date of termination of the condominium, March 30, 2017 up until July 31, 2020.

B.) Order Defendant to make an accounting as to said property.

C.) Enter a judgment against Defendant in favor of the Plaintiffs for the value of the property;

D.) Award Plaintiffs interest, costs, expenses and attorneys fees;

E.)    Award Plaintiffs such other and further and supplemental relief as this Court deems just, equitable and proper.


## COUNT II
## DECLARATORY JUDGMENT

31.    Plaintiffs reincorporates by reference as though fully set forth herein paragraphs 1 through 17 above.

32.    This Court has jurisdiction to grant a Declaratory Judgment.

33.    There is a bona fide dispute between the parties and an actual, present need for a declaration by this Court.

34.    The declaration from this Court deals with a present, ascertained or ascertainable state of facts or present controversy as to a state of facts.

35.    There is some immunity, power, privilege, or right of the Plaintiffs that is dependent upon the facts, and or the law applicable to the facts.

36.    Defendant has an actual, present, adverse, and antagonistic interest in the subject matter, either in fact or law.

37.    The antagonistic and adverse interests are all before this court by proper process.

38.    The relief sought from this Court is not merely giving of legal advice or answer to questions propounded from curiosity.

39.    It is Defendant's position that although it received the distribution from the Termination Trustee respecting Unit 2306, that Plaintiff is obligated to pay the remaining balance on the mortgage.

40.    It is Plaintiffs' position that the mortgage is satisfied in full pursuant to Florida Statute that provides:

> The plan of termination must provide for payment of a first mortgage encumbering a unit to the extent necessary to satisfy the lien, but the payment may not exceed the unit's share of the proceeds of termination under the plan. If the unit owner is current in payment of both assessments and other monetary obligations to the association and any mortgage encumbering the unit as of the date the plan of termination is recorded, <u>the receipt by the holder of the unit's share of the proceeds of termination under the plan or the outstanding balance of the mortgage, whichever is less, shall be deemed to have satisfied the first mortgage in full</u>. Fla. Stat. 718.117(3)(c)(4) [Emphasis added]

WHEREFORE Plaintiffs demands a declaratory judgment in their favor and against Defendant declaring that the mortgage is satisfied in full and extinguished.

Respectfully submitted,

ORVILLE MCKENZIE, ESQ.

*/s/ Orville McKenzie*
Orville McKenzie, Esq.
20401 N.W. 2nd Avenue, Suite 220
Miami, Florida 33169
Tel: 305-653-6959
Fax: 305-653-6442
Email: orvillemckenzie@icloud.com
Fla. Bar No.: 0155985

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                         Chapter 11 Case

CC, LLC,                                       Case No.: 8:12-bk-03886-MGW

        Debtor.

_____/


MARIA BARBA and ENRIQUE BARBA,

        Plaintiffs

                                               Adversary Case No.:

vs.

JPMORGAN CHASE BANK, N.A.,

        Defendant.

--------------------------------------------------------/


**EXHIBIT "A"**

*12:01:42 PM 7/6/2020*

## Licensee Details

### Licensee Information

Name: **LEGACY GRAND MAINGATE, A CONDO** (Primary Name)

Main Address: **7601 BLACK LAKE ROAD**
**KISSIMMEE Florida 34747**

County: **OSCEOLA**

License Mailing:

LicenseLocation:

### License Information

License Type: **Condominium Project**
Rank: **Condo Project**
License Number: **PR73895**
Status: **Terminated**
Licensure Date: **08/07/2006**
Expires: **01/01/2018**

### Special Qualifications    **Qualification Effective**

**Conversion**    **08/07/2006**
**Mixed Use**    **08/07/2006**
**Hotel Condo**    **08/07/2006**
**Optional**    **03/30/2017**

### Alternate Names

View Related License Information
View License Complaint
View Additional Information

---

2601 Blair Stone Road, Tallahassee FL 32399 :: Email: **Customer Contact Center** :: Customer Contact Center: 850.487.1395

The State of Florida is an AA/EEO employer. **Copyright 2007-2010 State of Florida. Privacy Statement**

Under Florida law, email addresses are public records. If you do not want your email address released in response to a public-records request, do not send electronic mail to this entity. Instead, contact the office by phone or by traditional mail. If you have any questions, please contact 850.487.1395. *Pursuant to Section 455.275(1), Florida Statutes, effective October 1, 2012, licensees licensed under Chapter 455, F.S. must provide the Department with an email address if they have one. The emails provided may be

used for official communication with the licensee. However email addresses are public record. If you do not wish to supply a personal address, please provide the Department with an email address which can be made available to the public.

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                      Chapter 11 Case

CC, LLC,                                    Case No.: 8:12-bk-03886-MGW

    Debtor.

_____/


MARIA BARBA and ENRIQUE BARBA,

    Plaintiffs

                                        Adversary Case No.:

vs.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

-----------------------------------------------------------/


# EXHIBIT "B"

Date of Report: Jun 30, 2020

**:.experian.**

Open

**SELECT PORTFOLIO SVCIN**
277001XXXXXXX

## ACCOUNT DETAILS

### CONTACT INFORMATION

PO BOX 65250
SALT LAKE CITY, UT 84165
BYMAILONLY

### PAYMENT HISTORY

| | | | |
|---|---|---|---|
| **2020** | **2019** | **2018** | |
| Jan Feb Mar Apr | Jan Feb Mar Apr | Jan Feb Mar Apr | |
| May Jun Jul Aug | May Jun Jul Aug | May Jun Jul Aug | |
| 30 60 Sep Oct Nov Dec | Sep Oct Nov Dec | Sep Oct Nov Dec | |
| **2017** | **2016** | **2015** | |
| Jan Feb Mar Apr | Jan Feb Mar Apr | Jan Feb Mar Apr | |
| May Jun Jul Aug | May Jun Jul Aug | May Jun Jul Aug | |
| Sep Oct Nov Dec | Sep Oct Nov Dec | Sep Oct Nov Dec | |

OK  OK    30  30 Days Late
60  60 Days Late    Data Unavailable

| Account Name | SELECT PORTFOLIO SVCIN |
|---|---|
| Account # | 277001XXXXXXX |
| Original Creditor | |
| Company Sold | |
| Account Type | REAL ESTATE |
| Date Opened | Dec 27, 2007 |
| Account Status! | Open |
| Payment Status | Past due 60 days |
| Status Updated | Jun 01, 2020 |
| Balance | $116,988 |
| Balance Updated | Jun 10, 2020 |
| Original Balance | $152,900 |
| Monthly Payment | $864 |
| Past Due Amount | $1,816 |
| Highest Balance | |
| Terms | 360 Months |
| Responsibility | Individual |
| Your Statement | |
| Comments | |

| Date | Amount |
|---|---|
| 4/10/2017 | $981.91 |
| 5/15/2017 | $982.54 |
| 6/12/2017 | $982.54 |
| 7/11/2017 | $987.54 |
| 8/16/2017 | $982.54 |
| 9/12/2017 | $982.54 |
| 10/13/2017 | $982.54 |
| 11/14/2017 | $982.54 |
| 12/12/2017 | $982.54 |
| 1/17/2018 | $982.54 |
| 2/14/2018 | $997.54 |
| 3/14/2018 | $982.54 |
| 4/16/2018 | $982.54 |
| 5/10/2018 | $933.18 |
| 6/15/2018 | $943.18 |
| 7/6/2018 | $928.18 |
| 8/6/2018 | $928.18 |
| 9/11/2018 | $928.18 |
| 10/15/2018 | $877.22 |
| 11/9/2018 | $902.70 |
| 12/7/2018 | $902.70 |
| 1/16/2019 | $902.70 |
| 2/15/2019 | $917.70 |
| 3/14/2019 | $917.70 |
| 4/12/2019 | $902.70 |
| 5/13/2019 | $864.99 |
| 6/10/2019 | $864.99 |
| 7/12/2019 | $864.99 |
| 8/9/2019 | $864.99 |
| 9/16/2019 | $864.99 |
| 10/11/2019 | $864.99 |
| 11/8/2019 | $864.99 |
| 12/13/2019 | $864.99 |
| 1/13/2020 | $864.99 |
| 2/14/2020 | $864.99 |
| 4/1/2020 | $879.99 |

☑ **Track your expenses...**
☐ Clothing    ☐ Food    ☐ Transportation    ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card    ☐ Utilities    ☐ Mortgage
☐ Entertainment    ☐ Insurance    ☐ Other: _____

581

1/7/2020

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 864.99 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Select Portfolio Servicing
Eight Hundred Sixty Four and 99/100

For added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

☑ **Track your expenses...**
☐ Clothing    ☐ Food    ☐ Transportation    ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card    ☐ Utilities    ☐ Mortgage
☐ Entertainment    ☐ Insurance    ☐ Other: _____

584

2/9/2020

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 864.99 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Select Portfolio Servicing
- Eight Hundred Sixty Four and 99/100 -

For added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

☑ **Track your expenses...**
☐ Clothing    ☐ Food    ☐ Transportation    ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card    ☐ Utilities    ☐ Mortgage
☐ Entertainment    ☐ Insurance    ☐ Other: _____

578

12/7/2019

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 864.99 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Select Portfolio Servicing
- Eight Hundred Sixty Four and 99/100 -

For added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

NOT NEGOTIABLE

547

4/6/2019

TAX-DEDUCTIBLE ITEM

BALANCE FORWARD

THIS ITEM    902.76

BALANCE

OTHER

BALANCE FORWARD

**Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other

Select Portfolio Servicing
— Nine Hundred and Two 76/00 —

For added security, your name and account number do not appear on this copy

---

**Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other     ☐ TAX-DEDUCTIBLE ITEM

8/5/2019     561

BALANCE FORWARD
THIS ITEM    864.99
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Select Portfolio Servicing
— Eight Hundred Sixty Four and 99/100

For added security, your name and account number do not appear on this copy.    NOT NEGOTIABLE

---

**Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other     ☐ TAX-DEDUCTIBLE ITEM

7/7/2019     557

BALANCE FORWARD
THIS ITEM    864.99
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Select Portfolio Servicing
— Eight Hundred Sixty Four and 99/100 —

For added security, your name and account number do not appear on this copy.    NOT NEGOTIABLE

---

**Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other     ☐ TAX-DEDUCTIBLE ITEM

6/2/2019     553

BALANCE FORWARD
THIS ITEM    864.99
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Select Portfolio Servicing
— Eight Hundred Sixty Four and 99/100 —

For added security, your name and account number do not appear on this copy.    NOT NEGOTIABLE

---

**Track your expenses...**
☐ Clothing ☐ Food ☐ Transportation
☐ Credit Card ☐ Utilities ☐ Mortgage
☐ Entertainment ☐ Insurance ☐ Other     ☐ TAX-DEDUCTIBLE ITEM

5/3/2019     551

BALANCE FORWARD
THIS ITEM    864.99
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

Select Portfolio Servicing
— Eight Hundred Sixty Four and 99/100 —

For added security, your name and account number do not appear on this copy.    NOT NEGOTIABLE

**Check 470**

☐ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM    3/5/17

Select Portfolio Servicing
Nine Hundred Eighty Seven and 12/100

THIS ITEM 987.12

NOT NEGOTIABLE

---

**Check 534**

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM    11/30/2018

Select Portfolio Servicing
Nine Hundred and Two 72/100

BALANCE FORWARD
THIS ITEM  902.72
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**Check 502**

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM    1/8/2018

Select Portfolio Servicing
Nine Hundred Eighty Two and 54/100

BALANCE FORWARD
THIS ITEM  982.54
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**Check 539**

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM    1/5/2018

Select Portfolio Servicing
Nine Hundred and Two 72/100

BALANCE FORWARD
THIS ITEM  902.72
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

---

**Check 508**

☑ Track your expenses...
☐ Clothing  ☐ Food  ☐ Transportation
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

☐ TAX-DEDUCTIBLE ITEM    3/9/-18

Select Portfolio Servicing
Nine Hundred Eighty Two and 54/100

BALANCE FORWARD
THIS ITEM  982.54
BALANCE
DEPOSIT
OTHER
BALANCE FORWARD

For added security, your name and account number do not appear on this copy.

NOT NEGOTIABLE

☑ Track your expenses...
☐ Clothing    ☐ Food    ☐ Transportation    ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card    ☐ Utilities    ☐ Mortgage
☐ Entertainment    ☐ Insurance    ☐ Other: _____

**473**

4/3/17

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 981.91 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Select Portfolio Servicing
— Nine Hundred, Eighty One and 91/100

For added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

☑ Track your expenses...
☐ Clothing    ☐ Food    ☐ Transportation    ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card    ☐ Utilities    ☐ Mortgage
☐ Entertainment    ☐ Insurance    ☐ Other: _____

**498**

12/6/2017

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 982.54 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Select Portfolio Servicing
— Nine Hundred Eighty Two and 54/100

For added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

☑ Track your expenses...
☐ Clothing    ☐ Food    ☐ Transportation    ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card    ☐ Utilities    ☐ Mortgage
☐ Entertainment    ☐ Insurance    ☐ Other: _____

**489**

9/3/2017

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 982.54 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Select Portfolio Servicing
— Nine Hundred Eighty Two and 54/100

For added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

☑ Track your expenses...
☐ Clothing    ☐ Food    ☐ Transportation    ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card    ☐ Utilities    ☐ Mortgage
☐ Entertainment    ☐ Insurance    ☐ Other: _____

**494**

11/7/2017

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 982.54 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

Select Portfolio Servicing
— Nine Hundred Eighty Two and 54/100

For added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

☑ **Track your expenses...**
☐ Clothing  ☐ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

**477**

5/6/17

Select Portfolio Servicing
— Nine Hundred Eighty Two $4/100  ——

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | - 982.54 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

☑ **Track your expenses...**
☐ Clothing  ☐ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☐ Insurance  ☐ Other: _____

**486**

8/7/2017

Select Portfolio Servicing
— Nine Hundred Eighty Two and $4/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 982.54 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

---

☑ **Track your expenses...**
☐ Clothing  ☐ Food  ☐ Transportation  ☐ TAX-DEDUCTIBLE ITEM
☐ Credit Card  ☐ Utilities  ☐ Mortgage
☐ Entertainment  ☑ Insurance  ☐ Other: _____

**480**

6/11/2017

Select Portfolio Servicing
— Nine Hundred Eighty Two and $4/100

| | |
|---|---|
| BALANCE FORWARD | |
| THIS ITEM | 982.54 |
| BALANCE | |
| DEPOSIT | |
| OTHER | |
| BALANCE FORWARD | |

added security, your name and account number do not appear on this copy.

**NOT NEGOTIABLE**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                          Chapter 11 Case

CC, LLC,                                        Case No.: 8:12-bk-03886-MGW

    Debtor.

_____/


MARIA BARBA and ENRIQUE BARBA,

    Plaintiffs

                               Adversary Case No.:

vs.

JPMORGAN CHASE BANK, N.A.,

    Defendant.

_____/


**EXHIBIT "C"**



**CHASE**
Printed from Chase Personal Online

MORTGAGE LOAN (...3355)

**$78,799.91**
Principal balance

Aug 1, 2020
Next payment due

Off
Automatic payments

$797.43
Amount due

## Account activity

POSTED

| Date | Description | Amount | Unapplied | Balance |
|------|-------------|--------|-----------|---------|
| Jul 8, 2020 | PRINCIPAL PAYMENT | $24,168.90 | −$24,168.90 | $78,799.91 |
| | MISAPPLICATION REVERSAL | −$797.43 | $797.43 | $102,968.81 |
| | MISAPPLICATION REVERSAL | −$797.43 | $797.43 | $102,659.58 |
| Jul 17, 2020 | CORPORATE ADVANCE REVERSAL | −$6.04 | $6.04 | $102,349.00 |
| | Disbursement/Advance - Adjustment | $6.04 | $0.00 | $102,349.00 |
| Jul 8, 2020 | MISAPPLICATION REVERSAL | $0.00 | $22,568.00 | $102,349.00 |
| Jul 17, 2020 | MISAPPLICATION REVERSAL | −$22,568.00 | $0.00 | $102,349.00 |
| Jul 8, 2020 | PRINCIPAL PAYMENT | $22,568.00 | $0.00 | $79,781.00 |
| Jul 14, 2020 | CORPORATE ADVANCE PAID | $6.04 | $0.00 | $102,349.00 |
| | Disbursement/Advance - Adjustment | −$6.04 | $0.00 | $102,349.00 |
| Jul 8, 2020 | PAYMENT | $797.43 | $0.00 | $102,349.00 |
| | PAYMENT | $1,594.86 | $0.00 | $102,659.58 |
| | PAYMENT | $797.43 | $0.00 | $102,968.81 |
| Jun 9, 2020 | PAYMENT | $797.43 | $0.00 | $103,276.69 |
| May 7, 2020 | PAYMENT | $797.43 | $0.00 | $103,583.23 |
| Apr 8, 2020 | PAYMENT | $797.43 | $0.00 | $103,888.44 |
| Mar 9, 2020 | PAYMENT | $132.79 | −$664.64 | $104,192.32 |
| | PAYMENT | $664.64 | $664.64 | $104,494.87 |
| Feb 10, 2020 | PAYMENT | $797.43 | $0.00 | $104,494.87 |
| Jan 17, 2020 | DISBURSEMENT TO MORTGAGOR | −$452.52 | $0.00 | $104,796.11 |
| Jan 10, 2020 | PAYMENT | $797.43 | $0.00 | $104,796.11 |
| Nov 13, 2019 | PAYMENT | $797.43 | $0.00 | $105,096.03 |
| Nov 12, 2019 | PAYMENT | $797.43 | $0.00 | $105,394.65 |
| Oct 8, 2019 | PAYMENT | $797.43 | $0.00 | $105,691.97 |
| Sep 10, 2019 | PAYMENT | $797.43 | $0.00 | $105,987.99 |
| Aug 9, 2019 | PAYMENT | $797.43 | $0.00 | $106,282.72 |
| Jul 9, 2019 | PAYMENT | $797.43 | $0.00 | $106,576.17 |
| Jun 11, 2019 | PAYMENT | $797.43 | $0.00 | $106,868.34 |
| May 22, 2019 | LATE CHARGE PAID | $37.99 | $0.00 | $107,159.24 |
| May 21, 2019 | PAYMENT | $797.43 | $0.00 | $107,159.24 |
| May 16, 2019 | LATE CHARGE ASSESSED | $37.99 | $0.00 | $107,448.87 |
| Apr 5, 2019 | PAYMENT | $797.43 | $0.00 | $107,448.87 |
| Mar 13, 2019 | PAYMENT | $797.43 | $0.00 | $107,737.24 |

| Date | Description | Amount | Unapplied | Balance |
|---|---|---|---|---|
| Feb 13, 2019 | CORPORATE ADVANCE PAID | $797.43 | $0.00 | $108,024.35 |
| | Disbursement/Advance - Adjustment | $6.03 | $0.00 | $108,310.21 |
| Jan 18, 2019 | DISBURSEMENT TO MORTGAGOR | −$452.47 | $0.00 | $108,310.21 |
| Jan 10, 2019 | PAYMENT | $803.46 | $0.00 | $108,310.21 |
| Dec 7, 2018 | PAYMENT | $803.46 | $0.00 | $108,594.83 |
| Nov 7, 2018 | PAYMENT | $803.46 | $0.00 | $108,878.21 |
| Oct 5, 2018 | PAYMENT | $803.46 | $0.00 | $109,160.35 |
| Sep 10, 2018 | PAYMENT | $803.46 | $0.00 | $109,441.26 |
| Aug 3, 2018 | PAYMENT | $803.46 | $0.00 | $109,720.95 |
| Jul 6, 2018 | PAYMENT | $803.46 | $0.00 | $109,999.42 |
| Jun 6, 2018 | PAYMENT | $803.46 | $0.00 | $110,276.68 |
| May 7, 2018 | PAYMENT | $803.46 | $0.00 | $110,552.73 |
| Apr 10, 2018 | PAYMENT | $803.46 | $0.00 | $110,827.58 |
| Mar 7, 2018 | PAYMENT | $803.46 | $0.00 | $111,101.23 |
| Feb 13, 2018 | PAYMENT | $794.07 | $0.00 | $111,373.69 |
| Jan 9, 2018 | PAYMENT | $794.07 | $0.00 | $111,644.96 |
| Dec 8, 2017 | PAYMENT | $794.07 | $0.00 | $111,915.05 |
| Nov 10, 2017 | COUNTY TAX | −$452.52 | $0.00 | $112,183.97 |
| Nov 8, 2017 | PAYMENT | $794.07 | $0.00 | $112,183.97 |
| Oct 6, 2017 | PAYMENT | $794.07 | $0.00 | $112,451.71 |
| Sep 8, 2017 | PAYMENT | $794.07 | $0.00 | $112,718.29 |
| Aug 7, 2017 | PAYMENT | $794.07 | $0.00 | $112,983.71 |
| Jul 10, 2017 | PAYMENT | $794.07 | $0.00 | $113,247.97 |

This information may not reflect your most recent transactions.

JPMorgan Chase Bank, N.A. Member FDIC          ©2020 JPMorgan Chase & Co.          Equal Opportunity Lender

18379 Page 1 of 1

# CHASE ◐

chase.com
**Chase Mobile**
Make a Payment, view activity, set up alerts or paperless

**Customer Service**                                    **1-800-848-9136**
Includes 24/7 Automated Response
Monday - Friday                                    8 a.m. - midnight (ET)
Saturday                                    8 a.m. - 8 p.m. (ET)

Hearing Impaired Service (TTY)              **1-800-582-0542**

IIIulIuIIIluIduIIuuuIIIuuuIIuIIuIIuuIIuuIuI

18379 MSD  Z 06917 C -  DR2 TI
ENRIQUE BARBA
MARIA BARBA
200 CLAY AVE
SOUTH SAN FRANCISCO CA  94080-1016

## Mortgage Loan Statement

| | |
|---|---|
| Loan Number | 1660323355 |
| Statement Date | 03/10/2017 |
| Property Address | 7601 Black Lake Rd |
| | 2306 |
| | Kissimmee, FL 34747 |

| | |
|---|---|
| **Total Amount Due** | **$794.07** |
| **Payment Due Date** | **04/01/2017** |

A late charge of $37.99 may apply if received after 04/16/2017.

## Loan Overview (as of 03/10/2017)

| | |
|---|---|
| Original Principal Balance | $127,425.00 |
| Unpaid Principal Balance | $114,293.55 |
| Interest Rate | 5.25000% |
| Escrow Balance | $190.81 |
| Corporate Advance Balance | $0.01 |

Your Unpaid Principal Balance is not a payoff quote.  Learn more about the payoff process by visiting chase.com/Payoff or obtain a payoff quote by calling our 24/7 automated service at 1-877-505-2894.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $259.69 |
| Interest | $500.03 |
| Escrow Payment (Taxes and/or Insurance) | $34.35 |
| **Monthly Payment** | **$794.07** |
| **Prior Fees/Charges** | **$0.00** |
| Fees/Charges Since Last Statement | $0.00 |
| **Total Amount Due** | **$794.07** |

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $258.55 | $772.29 |
| Interest | $501.17 | $1,506.87 |
| Escrow Payment (Taxes and/or Insurance) | $34.35 | $116.09 |
| **Total** | **$794.07** | **$2,395.25** |

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 03/10/2017 | PAYMENT | | $794.07 | $258.55 | $501.17 | $34.35 | |

## Important Messages

The Corporate Advance Balance may include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

When you sign up for escrow account alerts, you'll know when we've made a property tax and/or insurance payment on your behalf. Then, compare it to the projected payment on your last escrow statement. Differences may lead to an escrow account shortage or surplus. Visit **chase.com/alerts** to sign up for escrow alerts today.

If applicable, your IRS Form 1098 (Mortgage Interest Statement) is available at **chase.com/TaxStatement**. Most accounts can be viewed online.

**Servicemember Protections**: You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

If you receive or expect to receive an insurance claim check for damages to your home, you can visit **chase.com/InsuranceClaim** for information about our claim process. If you have any questions, please call us at 1-866-742-1461 Monday through Friday from 8 a.m. to midnight and Saturday from 8 a.m. to 8 p.m. Eastern Time.

▼    Please detach and return the bottom portion of this statement with your payment using the enclosed envelope.    ▼

00018603233553  313000  00079407  00083206  00079407  00009

# CHASE ◐

☐ Check box if address change is documented on the back.

ENRIQUE BARBA, MARIA BARBA
Loan Number                              1660323355
Total Amount Due                         $794.07
Payment Due Date                         04/01/2017

CHASE
PO BOX 78420
PHOENIX AZ 85062-8420

Please tell us how you want us to apply your funds. Make your check or money order payable to Chase and write your loan number on it. Please do not send post-dated checks or cash.

| | |
|---|---|
| Monthly Payment ($794.07) | $ |
| Late Charges ($0.00) | $ |
| Fees Due ($0.00) | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

A late charge of $37.99 may apply if received after 04/16/2017.

⑆5000050 26⑆  000 18603 23355⑈

18379

0000001 1824 I70310 Page 1 of 1

## Contact Information



**Customer Service Inquiries**
Chase
P.O. Box 24696
Columbus, OH 43224-0696

**Insurance Claim Correspondence**
Chase
Attn: Insurance Claims
P.O. Box 47607
Atlanta, GA 30362
Telephone: 1-866-742-1461
Fax: 1-678-475-8899

**Overnight Payoffs**
Chase
Attn: Dept. PP-7456
3415 Vision Drive
Columbus, OH 43219-6009

**Exclusive Address for Notices
of Error, Information Requests,
and Qualified Written Requests**
Chase
P.O. Box 183166
Columbus, OH 43218-3166

**Insurance Policies & Bills**
Chase
P.O. Box 47020
Atlanta, GA 30362-7020
Telephone: 1-877-530-8951
Fax: 1-678-475-8799

**Property Tax Questions**
Chase
P.O. Box 961227
Fort Worth, TX 76161-0227
Telephone: 1-877-314-6353

**Request for Mortgage Assistance**
Chase
P.O. Box 469030
Glendale, CO 80246

Please note that you may update your homeowners or flood insurance information online at MyCoverageInfo.com. When you are prompted, please use PIN Number CMM8620.

**This communication is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Overnight Payment**
Chase
6716 Grade Lane
Building 9, Suite 910
Attn: P.O. Box 9001871
Louisville, KY 40213-1407

You have the right to dispute the accuracy of the credit information reported by writing to us at the Customer Service Inquiries address listed above. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Payment Information

There are multiple ways you can make your monthly payment:

- **Automatic payments** - Sign up for automatic payments at chase.com/BillPay so you won't have to worry about making your mortgage payments on time.
- **Chase Mobile℠ app** - Make your mortgage payment directly from your smartphone. Visit chase.com/mobile to download the Chase Mobile app. Message and data rates may apply.
- **Chase Online℠ Bill Pay** - Log in to chase.com to schedule a payment with no service charge.
- **Pay by phone** - Call 1-800-848-9136 to use our free automated service and authorize a one-time deduction from your bank account.
- **By mail or in person** - Mail your payment or stop by any Chase branch. Remember to include the payment coupon from your statement.

If you do not make your mortgage payment on time or request services from Chase, you may be charged fees. Those fees may include those shown in your loan documents, provided by law, or related to the services provided. The fee structure may change without notice except where prohibited by law. Chase commonly imposes an Insufficient Funds Fee of $25.00. Other fees may be charged for services provided. Fees may not be applicable to certain products and may be limited by law.

### Loan Payoff Information

The Unpaid Principal Balance on your statement is not a payoff quote. Payoff quotes are available by logging into your account on chase.com. You can also request a quote anytime through our 24-hour automated phone service by calling 1-877-505-2894.

### Important Bankruptcy Information

If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this statement is for informational purposes only and is not an attempt to collect a debt.

### Homeowner Assistance

You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287, the U.S. Department of the Treasury sponsored HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/. These Hud-approved housing counseling agencies found on HUD.gov can also help you with your household budgeting at no charge.

### Crediting of Payments

Payments will be credited as of the day we receive them if the payment is received by 5:00 p.m. in the time zone in which the mailing address on your payment coupon is located and if (a) the payment is received Monday through Saturday except for legal holidays, (b) the payment is received at the address shown on your payment coupon, (c) your payment is made with a check or money order drawn on a U.S. bank in U.S. dollars, (d) the attached payment coupon is enclosed with your payment, and (e) your payment is sent in the enclosed return envelope. Credit for payments made in any other manner may be delayed for up to five (5) business days. Please allow five to seven (5-7) days for payments to reach the payment address. Please do not send cash through the mail. Please include your account number and name on the front of your check or money order. Do not staple, tape or paper clip your payment to your payment coupon. If you want to change how we applied your payment to your mortgage loan, we must receive your request within 60 days of the payment date.

 JPMorgan Chase Bank, N.A. Member FDIC. ©2016 JPMorgan Chase & Co.

**Has your mailing address or phone number changed?**

If so, please update your information online at chase.com, where you can also view your recent account activity. Alternatively, you may check the box on the front of this payment coupon and fill in the correct information below.

When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| Customer Name | ( ) Customer Cell Phone |
| Customer Name | ( ) Customer Cell Phone |
| Street Address | ( ) Home Phone |
| Street Address | ( ) Business Phone |
| City    State | ZIP |
| Email Address | |

MSD 06917 C

# CHASE

chase.com
**Chase Mobile**
Make a Payment, view activity, set up alerts or paperless

**Customer Service** — 1-800-848-9136
Includes 24/7 Automated Response
Monday - Friday                8 a.m. - midnight (ET)
Saturday                       8 a.m. - 8 p.m. (ET)

Hearing Impaired Service (TTY)        1-800-582-0542

65592 MSD Z 09617 C - BR2
ENRIQUE BARBA
MARIA BARBA
200 CLAY AVE
SOUTH SAN FRANCISCO CA 94080-1016

## Mortgage Loan Statement

| | |
|---|---|
| Loan Number | 1860323355 |
| Statement Date | 04/06/2017 |
| Property Address | 7601 Black Lake Rd |
| | 2306 |
| | Kissimmee, FL 34747 |

| | |
|---|---|
| **Total Amount Due** | **$794.07** |
| **Payment Due Date** | **05/01/2017** |

A late charge of $37.99 may apply if received after 05/16/2017.

## Loan Overview (as of 04/06/2017)

| | |
|---|---|
| Original Principal Balance | $127,425.00 |
| Unpaid Principal Balance | $114,033.86 |
| Interest Rate | 5.25000% |
| Escrow Balance | $225.16 |
| Corporate Advance Balance | $0.01 |

Your Unpaid Principal Balance is not a payoff quote. Learn more about the payoff process by visiting chase.com/Payoff or obtain a payoff quote by calling our 24/7 automated service at 1-877-505-2894.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $259.69 | $1,031.98 |
| Interest | $500.03 | $2,006.90 |
| Escrow Payment (Taxes and/or Insurance) | $34.35 | $150.44 |
| **Total** | **$794.07** | **$3,189.32** |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $260.82 |
| Interest | $498.90 |
| Escrow Payment (Taxes and/or Insurance) | $34.35 |
| **Monthly Payment** | **$794.07** |
| **Prior Fees/Charges** | **$0.00** |
| Fees/Charges Since Last Statement | $0.00 |
| **Total Amount Due** | **$794.07** |

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 04/06/2017 | PAYMENT | $794.07 | $259.69 | $500.03 | $34.35 | | |

## Important Messages

The Corporate Advance Balance may include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

**Servicemember Protections**: You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-316-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

If you receive or expect to receive an insurance claim check for damages to your home, you can visit **chase.com/InsuranceClaim** for information about our claim process. If you have any questions, please call us at 1-866-742-1461 Monday through Friday from 8 a.m. to midnight and Saturday from 8 a.m. to 8 p.m. Eastern Time.

0000001 1824 170406 Page 1 of 1   65592

▼        Please detach and return the bottom portion of this statement with your payment using the enclosed envelope.        ▼

00018603233553  313000  00079407  00083206  00079407  00009

# CHASE

☐ Check box if address change is documented on the back.

**ENRIQUE BARBA, MARIA BARBA**

| | |
|---|---|
| Loan Number | 1860323355 |
| Total Amount Due | $794.07 |
| Payment Due Date | 05/01/2017 |

CHASE
PO BOX 78420
PHOENIX AZ 85062-8420

Please tell us how you want us to apply your funds. Make your check or money order payable to Chase and write your loan number on it. Please do not send post-dated checks or cash.

| | |
|---|---|
| Monthly Payment ($794.07) | $ |
| Late Charges ($0.00) | $ |
| Fees Due ($0.00) | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

A late charge of $37.99 may apply if received after 05/16/2017.

⑆50000502⑇ 6⑆: 000⑈18603233355⑉⑈

## Contact Information

**Customer Service Inquiries**
Chase
P.O. Box 24696
Columbus, OH 43224-0696

**Insurance Claim Correspondence**
Chase
Attn: Insurance Claims
P.O. Box 47607
Atlanta, GA 30362
Telephone: 1-866-742-1461
Fax: 1-678-475-8899

**Overnight Payoffs**
Chase
Attn: Dept. PP-7456
3415 Vision Drive
Columbus, OH 43219-6009

**Exclusive Address for Notices of Error, Information Requests, and Qualified Written Requests**
Chase
P.O. Box 183166
Columbus, OH 43218-3166

**Insurance Policies & Bills**
Chase
P.O. Box 47020
Atlanta, GA 30362-7020
Telephone: 1-877-530-8951
Fax: 1-678-475-5799

**Property Tax Questions**
Chase
P.O. Box 961227
Fort Worth, TX 76161-0227
Telephone: 1-877-314-6353

**Request for Mortgage Assistance**
Chase
P.O. Box 469030
Glendale, CO 80246

**Please note that you may update your homeowners or flood insurance information online at MyCoverageInfo.com. When you are prompted, please use PIN Number CMM8620.**

**This communication is an attempt to collect a debt and any information obtained will be used for that purpose.**



**Overnight Payment**
Chase
6716 Grade Lane
Building 9, Suite 910
Attn: P.O. Box 9001871
Louisville, KY 40213-1407

You have the right to dispute the accuracy of the credit information reported by writing to us at the Customer Service address listed above. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## Payment Information

There are multiple ways you can make your monthly payment:

- **Automatic payments** - Sign up for automatic payments at chase.com/BillPay so you won't have to worry about making your mortgage payments on time.

- **Chase Mobile℠ app** - Make your mortgage payment directly from your smartphone. Visit chase.com/mobile to download the Chase Mobile app. Message and data rates may apply.

- **Chase Online℠ Bill Pay-** Log in to chase.com to schedule a payment with no service charge.

- **Pay by phone** - Call 1-800-848-9136 to use our free automated service and authorize a one-time deduction from your bank account.

- **By mail or in person** - Mail your payment or stop by any Chase branch. Remember to include the payment coupon from your statement.

If you do not make your mortgage payment on time or request services from Chase, you may be charged fees. Those fees may include those shown in your loan documents, provided by law, or related to the services provided. The fee structure may change without notice except where prohibited by law. Chase commonly imposes an Insufficient Funds Fee of $25.00. Other fees may be charged for services provided. Fees may not be applicable to certain products and may be limited by law.

## Loan Payoff Information

The Unpaid Principal Balance on your statement is not a payoff quote. Payoff quotes are available by logging into your account on chase.com. You can also request a quote anytime through our 24-hour automated phone service by calling 1-877-505-2894.

## Important Bankruptcy Information

If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this statement is for informational purposes only and is not an attempt to collect a debt.

## Homeowner Assistance

You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287, the U.S. Department of the Treasury sponsored HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/. These Hud-approved housing counseling agencies found on HUD.gov can also help you with your household budgeting at no charge.

## Crediting of Payments

Payments will be credited as of the day we receive them if the payment is received by 5:00 p.m. in the time zone in which the mailing address on your payment coupon is located and if (a) the payment is received Monday through Saturday except for legal holidays, (b) the payment is received at the address shown on your payment coupon, (c) your payment is made with a check or money order drawn on a U.S. bank in U.S. dollars, (d) the attached payment coupon is enclosed with your payment, and (e) your payment is sent in the enclosed return envelope. Credit for payments made in any other manner may be delayed for up to five (5) business days. Please allow five to seven (5-7) days for payments to reach the payment address. Please do not send cash through the mail. Please include your account number and name on the front of your check or money order. Do not staple, tape or paper clip your payment to your payment coupon. If you want to change how we applied your payment to your mortgage loan, we must receive your request within 60 days of the payment date.

 JPMorgan Chase Bank, N.A. Member FDIC. ©2016 JPMorgan Chase & Co.

**Has your mailing address or phone number changed?**

If so, please update your information online at chase.com, where you can also view your recent account activity. Alternatively, you may check the box on the front of this payment coupon and fill in the correct information below.

When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

Customer Name _____    ( ) Customer Cell Phone _____

Customer Name _____    ( ) Customer Cell Phone _____

Street Address _____    ( ) Home Phone _____

Street Address _____    ( ) Business Phone _____

City _____ State _____    ZIP _____

Email Address _____

MSD 09617 C

# CHASE 

**chase.com**
**Chase Mobile**
Make a Payment, view activity, set up alerts or paperless

| | |
|---|---|
| **Customer Service** | **1-800-848-9136** |
| Includes 24/7 Automated Response | |
| Monday - Friday | 8 a.m. - midnight (ET) |
| Saturday | 8 a.m. - 8 p.m. (ET) |
| Hearing Impaired Service (TTY) | 1-800-582-0542 |

65508 M&D Z 12917 C - BR2
ENRIQUE BARBA
MARIA BARBA
200 CLAY AVE
SOUTH SAN FRANCISCO CA 94080-1016

## Mortgage Loan Statement

| | |
|---|---|
| Loan Number | 1860323355 |
| Statement Date | 05/09/2017 |
| Property Address | 7601 Black Lake Rd 2306 Kissimmee, FL 34747 |

| | |
|---|---|
| **Total Amount Due** | **$794.07** |
| **Payment Due Date** | **06/01/2017** |

A late charge of $37.99 may apply if received after 06/16/2017.

## Loan Overview (as of 05/09/2017)

| | |
|---|---|
| Original Principal Balance | $127,425.00 |
| Unpaid Principal Balance | $113,773.04 |
| Interest Rate | 5.25000% |
| Escrow Balance | $259.51 |
| Corporate Advance Balance | $0.01 |

Your Unpaid Principal Balance is not a payoff quote. Learn more about the payoff process by visiting chase.com/Payoff or obtain a payoff quote by calling our 24/7 automated service at 1-877-505-2894.

## Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $260.82 | $1,292.80 |
| Interest | $498.90 | $2,505.80 |
| Escrow Payment (Taxes and/or Insurance) | $34.35 | $184.79 |
| **Total** | **$794.07** | **$3,983.39** |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $261.96 |
| Interest | $497.76 |
| Escrow Payment (Taxes and/or Insurance) | $34.35 |
| **Monthly Payment** | **$794.07** |
| Prior Fees/Charges | $0.00 |
| Fees/Charges Since Last Statement | $0.00 |
| **Total Amount Due** | **$794.07** |

## Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 05/09/2017 | PAYMENT | $794.07 | $260.82 | $498.90 | $34.35 | | |

## Important Messages

The Corporate Advance Balance may include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

**Servicemember Protections:** You may be entitled to certain legal rights and protections if you or any owner or occupant of your home are or recently were on active duty or active service as a federal or state Military Servicemember, or if you're a dependent of such a Servicemember. For more information, please call us at 1-877-469-0110, 1-318-340-3308 if you're calling from overseas, or 1-800-582-0542 for TTY services.

If you receive or expect to receive an insurance claim check for damages to your home, you can visit chase.com/InsuranceClaim for information about our claim process. If you have any questions, please call us at 1-866-742-1461 Monday through Friday from 8 a.m. to midnight and Saturday from 8 a.m. to 8 p.m. Eastern Time.

▼   Please detach and return the bottom portion of this statement with your payment using the enclosed envelope.   ▼

0001860323553 313000 00079407 00083206 00079407 00009

# CHASE

☐ Check box if address change is documented on the back.

**ENRIQUE BARBA, MARIA BARBA**

| | |
|---|---|
| Loan Number | 1860323355 |
| Total Amount Due | $794.07 |
| Payment Due Date | 06/01/2017 |

CHASE
PO BOX 78420
PHOENIX AZ 85062-8420

Please tell us how you want us to apply your funds. Make your check or money order payable to Chase and write your loan number on it. Please do not send post-dated checks or cash.

| | |
|---|---|
| Monthly Payment ($794.07) | $ |
| Late Charges ($0.00) | $ |
| Fees Due ($0.00) | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

A late charge of $37.99 may apply if received after 06/16/2017.

⑆5000050 26⑆ 000 1860323355⑈

**Contact Information**



| | | |
|---|---|---|
| **Customer Service Inquiries**<br>Chase<br>P.O. Box 24696<br>Columbus, OH 43224-0696 | **Insurance Claim Correspondence**<br>Chase<br>Attn: Insurance Claims<br>P.O. Box 47607<br>Atlanta, GA 30362<br>Telephone: 1-866-742-1461<br>Fax: 1-678-475-8899 | **Overnight Payoffs**<br>Chase<br>Attn: Dept. PP-7456<br>3415 Vision Drive<br>Columbus, OH 43219-6009 |
| **Exclusive Address for Notices of Error, Information Requests, and Qualified Written Requests**<br>Chase<br>P.O. Box 183166<br>Columbus, OH 43218-3166 | **Insurance Policies & Bills**<br>Chase<br>P.O. Box 47020<br>Atlanta, GA 30362-7020<br>Telephone: 1-877-530-8951<br>Fax: 1-678-475-8799 | **Property Tax Questions**<br>Chase<br>P.O. Box 961227<br>Fort Worth, TX 76161-0227<br>Telephone: 1-877-314-6353 |
| **Request for Mortgage Assistance**<br>Chase<br>P.O. Box 469030<br>Glendale, CO 80246 | Please note that you may update your homeowners or flood insurance information online at MyCoverageInfo.com. When you are prompted, please use PIN Number CMM8620. | This communication is an attempt to collect a debt and any information obtained will be used for that purpose. |
| **Overnight Payment**<br>Chase<br>6716 Grade Lane<br>Building 9, Suite 910<br>Attn: P.O. Box 9001871<br>Louisville, KY 40213-1407 | | |

You have the right to dispute the accuracy of the credit information reported by writing to us at the Customer Service Inquiries address listed above. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Payment Information

There are multiple ways you can make your monthly payment:

- **Automatic payments** - Sign up for automatic payments at chase.com/BillPay so you won't have to worry about making your mortgage payments on time.
- **Chase Mobile℠ app** - Make your mortgage payment directly from your smartphone. Visit chase.com/mobile to download the Chase Mobile app. Message and data rates may apply.
- **Chase Online℠ Bill Pay** - Log in to chase.com to schedule a payment with no service charge.
- **Pay by phone** - Call 1-800-848-9136 to use our free automated service and authorize a one-time deduction from your bank account.
- **By mail or in person** - Mail your payment or stop by any Chase branch. Remember to include the payment coupon from your statement.

If you do not make your mortgage payment on time or request services from Chase, you may be charged fees. Those fees may include those shown in your loan documents, provided by law, or related to the services provided. The fee structure may change without notice except where prohibited by law. Chase commonly imposes an Insufficient Funds Fee of $25.00. Other fees may be charged for services provided. Fees may not be applicable to certain products and may be limited by law.

### Loan Payoff Information

The Unpaid Principal Balance on your statement is not a payoff quote. Payoff quotes are available by logging into your account on chase.com. You can also request a quote anytime through our 24-hour automated phone service by calling 1-877-505-2894.

### Important Bankruptcy Information

If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this statement is for informational purposes only and is not an attempt to collect a debt.

### Homeowner Assistance

You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287, the U.S. Department of the Treasury sponsored HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/. These Hud-approved housing counseling agencies found on HUD.gov can also help you with your household budgeting at no charge.

### Crediting of Payments

Payments will be credited as of the day we receive them if the payment is received by 5:00 p.m. in the time zone in which the mailing address on your payment coupon is located and if (a) the payment is received Monday through Saturday except for legal holidays, (b) the payment is received at the address shown on your payment coupon, (c) your payment is made with a check or money order drawn on a U.S. bank in U.S. dollars, (d) the attached payment coupon is enclosed with your payment, and (e) your payment is sent in the enclosed return envelope. Credit for payments made in any other manner may be delayed for up to five (5) business days. Please allow five to seven (5-7) days for payments to reach the payment address. Please do not send cash through the mail. Please include your account number and name on the front of your check or money order. Do not staple, tape or paper clip your payment to your payment coupon. If you want to change how we applied your payment to your mortgage loan, we must receive your request within 60 days of the payment date.

 JPMorgan Chase Bank, N.A. Member FDIC. ©2016 JPMorgan Chase & Co.

**Has your mailing address or phone number changed?**

If so, please update your information online at chase.com, where you can also view your recent account activity. Alternatively, you may check the box on the front of this payment coupon and fill in the correct information below.

When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

| | |
|---|---|
| Customer Name | ( ) _____<br>Customer Cell Phone |
| Customer Name | ( ) _____<br>Customer Cell Phone |
| Street Address | ( ) _____<br>Home Phone |
| Street Address | ( ) _____<br>Business Phone |
| City _____ State _____ | ZIP |
| Email Address | |

MSD 12917 C



**CHASE** 

 chase.com
**Chase Mobile**
Make a Payment, view activity, set up alerts or paperless

📞 **Customer Service**          1-800-848-9136
Includes 24/7 Automated Response
Monday - Friday          8 a.m. - midnight (ET)
Saturday          8 a.m. - 8 p.m. (ET)

Hearing Impaired Service (TTY)    1-800-582-0542

46583 MSD Z 18417 C - BR2 PA
ENRIQUE BARBA
MARIA BARBA
200 CLAY AVE
SOUTH SAN FRANCISCO CA 94080-1016

## Mortgage Loan Statement

| | |
|---|---|
| Loan Number | 1860323355 |
| Statement Date | 06/13/2017 |
| Property Address | 7601 Black Lake Rd |
| | 2306 |
| | Kissimmee, FL 34747 |

| | |
|---|---|
| **Total Amount Due** | **$794.07** |
| **Payment Due Date** | **07/01/2017** |

A late charge of $37.99 may apply if received after 07/16/2017.

### Loan Overview (as of 06/13/2017)

| | |
|---|---|
| Original Principal Balance | $127,425.00 |
| Unpaid Principal Balance | $113,511.08 |
| Interest Rate | 5.25000% |
| Escrow Balance | $293.86 |
| Corporate Advance Balance | $0.01 |

Your Unpaid Principal Balance is not a payoff quote.  Learn more about the payoff process by visiting chase.com/Payoff or obtain a payoff quote by calling our 24/7 automated service at 1-877-505-2894.

### Past Payments Breakdown

| | Paid Since Last Statement | Paid Year-to-Date |
|---|---|---|
| Principal | $261.96 | $1,554.76 |
| Interest | $497.76 | $3,003.56 |
| Escrow Payment (Taxes and/or Insurance) | $34.35 | $219.14 |
| **Total** | **$794.07** | **$4,777.46** |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $263.11 |
| Interest | $496.61 |
| Escrow Payment (Taxes and/or Insurance) | $34.35 |
| **Monthly Payment** | **$794.07** |
| Prior Fees/Charges | $0.00 |
| Converted/Fees Since Last Statement | $0.00 |
| **Total Amount Due** | **$794.07** |

### Transaction Activity Since Your Last Statement (Includes Fees/Charges)

| Transaction Date | Description | Total Received | Principal | Interest | Escrow | Fees | Unapplied Funds |
|---|---|---|---|---|---|---|---|
| 06/12/2017 | PAYMENT | $794.07 | $261.96 | $497.76 | $34.35 | | |

### Important Messages

The Corporate Advance Balance may include expenses for inspections, home valuations, legal fees, property maintenance and other costs. It is listed under the Loan Overview section.

You can make your monthly mortgage payment in multiple ways. Choose any one of our services, such as automatic payments, the Chase Mobile App®. Chase online bill pay, by phone or by mail. Visit chase.com/WaysToPay for more information and to find the option that's best for you.

Paying online lets you pay your mortgage when and how you want. Save time and stay secure with a variety of options and benefits: make a one-time payment, sign up for automatic payments and receive payment notification emails. Visit chase.com/WaysToPay to learn more.

If you receive or expect to receive an insurance claim check for damages to your home, you can visit chase.com/InsuranceClaim for information about our claim process. If you have any questions, please call us at 1-866-742-1461 Monday through Friday from 8 a.m. to midnight and Saturday from 8 a.m. to 8 p.m. Eastern Time.

▼      Please detach and return the bottom portion of this statement with your payment using the enclosed envelope.      ▼

00018603233553 313000 00079407 00083206 00079407 00009

**CHASE**

☐ Check box if address change is documented on the back.

**ENRIQUE BARBA, MARIA BARBA**
| | |
|---|---|
| Loan Number | 1860323355 |
| Total Amount Due | $794.07 |
| Payment Due Date | 07/01/2017 |

CHASE
PO BOX 78420
PHOENIX AZ 85062-8420

Please tell us how you want us to apply your funds. Make your check or money order payable to Chase and write your loan number on it. Please do not send post-dated checks or cash.

| | |
|---|---|
| Monthly Payment ($794.07) | $ |
| Late Charges ($0.00) | $ |
| Fees Due ($0.00) | $ |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

A late charge of $37.99 may apply if received after 07/16/2017.

⑆50000502⑆ 000186032355⑈

## Contact Information

**Customer Service Inquiries**
Chase
P.O. Box 24696
Columbus, OH 43224-0696

**Insurance Claim Correspondence**
Chase
Attn: Insurance Claims
P.O. Box 47607
Atlanta, GA 30362
Telephone: 1-866-742-1461
Fax: 1-678-475-8899

**Overnight Payoffs**
Chase
Attn: Dept. PP-7456
3415 Vision Drive
Columbus, OH 43219-6009

**Exclusive Address for Notices of Error, Information Requests, and Qualified Written Requests**
Chase
P.O. Box 183166
Columbus, OH 43218-3166

**Insurance Policies & Bills**
Chase
P.O. Box 47020
Atlanta, GA 30362-7020
Telephone: 1-877-530-8951
Fax: 1-678-475-8799

**Property Tax Questions**
Chase
P.O. Box 961227
Fort Worth, TX 76161-0227
Telephone: 1-877-314-6353

**Request for Mortgage Assistance**
Chase
P.O. Box 469030
Glendale, CO 80246

Please note that you may update your homeowners or flood insurance information online at MyCoverageInfo.com. When you are prompted, please use PIN Number CMM8620.

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.



**Overnight Payment**
Chase
6716 Grade Lane
Building 9, Suite 910
Attn: P.O. Box 9001871
Louisville, KY 40213-1407

You have the right to dispute the accuracy of the credit information reported by writing to us at the Customer Service Inquiries address listed above. We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

### Payment Information
There are multiple ways you can make your monthly payment:

- **Automatic payments** - Sign up for automatic payments at chase.com/BillPay so you won't have to worry about making your mortgage payments on time.
- **Chase Mobile<sup>SM</sup> app** - Make your mortgage payment directly from your smartphone. Visit chase.com/mobile to download the Chase Mobile app. Message and data rates may apply.
- **Chase Online<sup>SM</sup> Bill Pay**- Log in to chase.com to schedule a payment with no service charge.
- **Pay by phone** - Call 1-800-848-9136 to use our free automated service and authorize a one-time deduction from your bank account.
- **By mail or in person** - Mail your payment or stop by any Chase branch. Remember to include the payment coupon from your statement.

If you do not make your mortgage payment on time or request services from Chase, you may be charged fees. Those fees may include those shown in your loan documents, provided by law, or related to the services provided. The fee structure may change without notice except where prohibited by law. Chase commonly imposes an Insufficient Funds Fee of $25.00. Other fees may be charged for services provided. Fees may not be applicable to certain products and may be limited by law.

### Loan Payoff Information
The Unpaid Principal Balance on your statement is not a payoff quote. Payoff quotes are available by logging into your account on chase.com. You can also request a quote anytime through our 24-hour automated phone service by calling 1-877-505-2894.

### Important Bankruptcy Information
If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this statement is for informational purposes only and is not an attempt to collect a debt.

### Homeowner Assistance
You can call the U.S. Department of Housing and Urban Development at 1-800-569-4287, the U.S. Department of the Treasury sponsored HOPE Hotline number at 1-888-995-HOPE (1-888-995-4673) to get free assistance, or visit HopeNow.com. You can also find a nonprofit HUD-approved counselor who can provide the information and assistance you may need to avoid foreclosure by using the search tool at hud.gov/offices/hsg/sfh/hcc/fc/. These Hud-approved housing counseling agencies found on HUD.gov can also help you with your household budgeting at no charge.

### Crediting of Payments
Payments will be credited as of the day we receive them if the payment is received by 5:00 p.m. in the time zone in which the mailing address on your payment coupon is located and if (a) the payment is received Monday through Saturday except for legal holidays, (b) the payment is received at the address shown on your payment coupon, (c) your payment is made with a check or money order drawn on a U.S. bank in U.S. dollars, (d) the attached payment coupon is enclosed with your payment, and (e) your payment is sent in the enclosed return envelope. Credit for payments made in any other manner may be delayed for up to five (5) business days. Please allow five to seven (5-7) days for payments to reach the payment address. Please do not send cash through the mail. Please include your account number and name on the front of your check or money order. Do not staple, tape or paper clip your payment to your payment coupon. If you want to change how we applied your payment to your mortgage loan, you must receive your request within 60 days of the payment date.

 JPMorgan Chase Bank, N.A. Member FDIC. ©2016 JPMorgan Chase & Co.

**Has your mailing address or phone number changed?**
If so, please update your information online at chase.com, where you can also view your recent account activity. Alternatively, you may check the box on the front of this payment coupon and fill in the correct information below.

When you give us your mobile phone number, we have your permission to contact you at that number about all your Chase or J.P. Morgan accounts. Your consent allows us to use text messaging, artificial or prerecorded voice messages and automatic dialing technology for informational and account service calls, but not for telemarketing or sales calls. It may include contact from companies working on our behalf to service your accounts. Message and data rates may apply. You may contact us anytime to change these preferences.

Customer Name _____    Customer Cell Phone (___) _____

Customer Name _____    Customer Cell Phone (___) _____

Street Address _____    Home Phone (___) _____

Street Address _____    Business Phone (___) _____

City _____    State _____    ZIP _____

Email Address _____

MSD 16417 C